Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Crook and Donna Crook, ) | Case No: C 13-03669-EDI |
| Plaintiff(s), ) | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) |
| v. ) | |
| Wyndham Vacation Ownership, Inc., Wyndham Worldwide, et al. ) | |
| Defendant(s). ) | |

I, **Paula J. Morency**, an active member in good standing of the bar of **Illinois Supreme Court**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Wyndham Vacation Ownership, Inc., Wyndham Worldwide** in the above-entitled action. My local co-counsel in this case is **Rocky N. Unruh**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Schiff Hardin LLP, 233 S. Wacker Dr., Suite 6600, Chicago, IL 60606 | Schiff Hardin LLP, One Market Plaza, Spear Tower, 32nd Floor, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 258-5549 | (415) 901-8742 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pmorency@schiffhardin.com | runruh@schiffhardin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **3127506**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/21/13

*/s/ Paula J. Morency*
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Paula J. Morency** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 25, 2013

UNITED STATES MAGISTRATE JUDGE

[GRANTED stamp — Judge William H. Orrick]