SCHIFF HARDIN LLP
Rocky N. Unruh, CSB # 84049
*runruh@schiffhardin.com*
Sarah D. Youngblood (CSB# 244304)
*syoungblood@schiffhardin.com*
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Defendants
WYNDHAM VACATION OWNERSHIP, INC.
AND WYNDHAM WORLDWIDE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CROOK & DONNA CROOK,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM WORLDWIDE, ANITA HOWELL, LINDA TANNER, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. C 13-03669-EDL<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES PENDING DECISION ON MOTION TO COMPEL ARBITRATION**<br><br>**Local Rule 6-1(b)**<br><br>Current Conference Date: November 5, 2013<br>Joint Statement Due: October 29, 2013 |

Pursuant to Civil Local Rule 6-1(b), the parties, by and through their attorneys of record, hereby agree and stipulate as follows, subject to the approval of this Court:

(1) Defendants Wyndham Vacation Ownership, Inc. and Wyndham Worldwide Corp. ("Wyndham Defendants") removed the above-captioned matter to this Court on August 7, 2013.

(2) On August 19, 2013, this Court entered its Case Management Conference Order setting the Initial Case Management Conference for November 5, 2013 at 2:00 p.m. *See* Docket

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 1 -    CASE NO. C 13-0669-WHO
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES

1  No. 13. Pursuant to this Order, the parties' Joint Case Management Statement is due October 29,
2  2013 (7 days prior to the Initial Case Management Conference). *Id.*

3       (3) On August 22, 2013, the Wyndham Defendants filed their Motion to Compel
4  Arbitration and to Stay This Action. *See* Docket No. 15. This motion is fully-briefed, and is set
5  for hearing in front of this Court on October 30, 2013 at 2:00 p.m. *Id.*

6       (4) The parties have met and conferred and believe that it would conserve the
7  resources of the Court and of the parties to continue the Initial Case Management Conference and
8  the deadline to file a Joint Case Management Statement, in order to allow for the Court to hear
9  arguments and issue a ruling on the Wyndham Defendants' Motion to Compel Arbitration and to
10 Stay This Action.

11       (5) Good cause exists to continue the Initial Case Management Conference and the
12 associated deadlines because the Court's ruling on the pending Motion to Compel Arbitration has
13 the potential to obviate any need to conduct such a conference. If the motion is granted,
14 arbitration will be compelled and the rules of the American Arbitration Association will apply; if
15 the motion is denied, then the ruling likely would impact the contents of the parties' Joint Case
16 Management Statement and/or fall within the appeal rights set forth in 9 U.S.C. 16(a)(1), which
17 would further defer any need for a case management conference.

18       (6) There are no other deadlines currently on calendar in this case that would be
19 affected by a continuance of the Initial Case Management Conference and the associated
20 deadlines.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Schiff Hardin LLP
Attorneys At Law
Chicago

- 2 -  CASE NO. C 13-0669-WHO
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES

(7) This is the parties' first request for a continuance of the Initial Case Management Conference and the associated deadlines in this matter.

**IT IS SO STIPULATED.**

Dated: October 24, 2013

Respectfully submitted,
Schiff Hardin LLP

By: */s/ Sarah D. Youngblood*
Rocky N. Unruh
Sarah D. Youngblood
Counsel for Defendants
WYNDHAM VACATION OWNERSHIP, INC. AND WYNDHAM WORLDWIDE CORP.

Dated: October 24, 2013

Figari Law

By: */s/ Barbara Figari*
Barbara Figari
Counsel for Plaintiffs
THOMAS CROOK AND DONNA CROOK

I attest and certify that I received permission from plaintiffs' counsel before e-filing this document and will retain proof of this permission.

Dated: October 24, 2013

Schiff Hardin LLP

By: */s/ Sarah D. Youngblood*
Rocky N. Unruh
Sarah D. Youngblood
Counsel for Defendants
WYNDHAM VACATION OWNERSHIP, INC. AND WYNDHAM WORLDWIDE CORP.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, THE COURT ENTERS THE FOLLOWING ORDER:**

///

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 3 - CASE NO. C 13-0669-WHO
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES

1    The November 5, 2013 Initial Case Management Conference is continued to November 19
2    2013 at 2:00 p.m. in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate
3    Avenue, San Francisco, California.  All deadlines associated with the Initial Case Management
4    Conference, including the deadline to file a Joint Case Management Statement, shall be calculated
5    based on the new date for the Initial Case Management Conference.

Dated: __October 28__, 2013

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 4 -    CASE NO. C 13-0669-WHO
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES