**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WYNDHAM VACATION RESORTS, INC., WYNDHAM VACATION OWNERSHIP, INC., AND WYNDHAM WORLDWIDE CORPORATION**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**MICHELLE GARCIA,**<br><br>    Defendant. | Case No.: 15-CV-1540 YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable William H. Orrick to consider whether it is related to *Thomas Crook and Donna Crook v. Wyndham Vacation Ownership, Inc., Wyndham Worldwide, Anita Howell, Linda Tanner*, Case No. 13-cv-3669 WHO.

**IT IS SO ORDERED.**

Date: July 20, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**