UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CROOK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WYNDHAM VACATION OWNERSHIP, INC., et al., <br><br> Defendants. | Case No. 13-cv-03669-WHO <br><br> **ORDER DISMISSING ANITA HOWELL AND LINDA TANNER WITHOUT PREJUDICE** <br><br> Re: Dkt. No. 57 |

Pursuant to the parties' agreement reported in the joint status report submitted on January 15, 2016, Dkt. No. 57, defendants Anita Howell and Linda Tanner are hereby DISMISSED WITHOUT PREJUDICE. The stay pending arbitration in this case otherwise remains in effect. The parties shall submit their next joint status report 180 days from January 15, 2016.

**IT IS SO ORDERED**.

Dated: January 20, 2016



WILLIAM H. ORRICK
United States District Judge