UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS CROOK, et al.,

    Plaintiffs,

    v.

WYNDHAM VACATION OWNERSHIP, INC., et al.,

    Defendants.

Case No. 13-cv-03669-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 59

Pursuant to the notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: April 12, 2016

_____
WILLIAM H. ORRICK
United States District Judge